## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

**IN THE MATTER OF THE SEARCH OF**
**INFORMATION ASSOCIATED WITH**
**iCLOUD ACCOUNT**
**biggplay100@icloud.com**
**THAT IS STORED AT PREMISES**
**CONTROLLED BY APPLE, INC.**

**Case No. 3:24-mj-34/HTC**

**Filed Under Seal**

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Apple, Inc. ("Apple"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant for a period of nine months.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Apple shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of nine months from the date of this Order, except that Apple may disclose the attached warrant to an attorney for Apple for the purpose of receiving legal advice.

RCVD USDC FLND PN
FEB 2 '24 AM10:57

IT IS FURTHER ORDERED that the application and this Order are sealed until

otherwise ordered by the Court.

_____          _____
Date                                                          Hope Thai Cannon
                                                                 U.S. Magistrate Judge

2